Dismissed and Opinion filed October 17, 2002









Dismissed and Opinion filed October 17, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00850-CV

____________

 

JULIA DAWN EPPS, Appellant

 

V.

 

GILBERT A. VILLARREAL, Appellee

 



 

On
Appeal from the 309th District Court

Harris
County, Texas

Trial
Court Cause No. 00-64238

 

 



M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed May 17, 2002.  Appellant filed a premature notice of appeal
on April 25, 2002.  The clerk=s record and reporter=s record have not been filed.  To date, the filing fee of $125.00 has not
been paid.  No proper affidavit of
indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
September 26, 2002, the Court issued an order stating that unless appellant
paid the appellate filing fee of $125.00 within fifteen days of the date of the
order, the appeal would be dismissed.  








The filing fee has not been paid, and appellant has not
responded to the Court=s order of September 26, 2002.

In addition, on October 2, 2002, appellee filed a motion to
dismiss the appeal for want of prosecution, complaining that appellant has
taken no action to prosecute her appeal. 
See Tex. R. App. P.
42.3(b).  Appellant filed no
response.  Appellee=s motion is granted.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3.  

 

PER CURIAM

 

Judgment rendered and Opinion
filed October 17, 2002.

Panel consists of Chief Justice
Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P.
47.3(b).